TAMMY JAMES *v.* COMMISSIONER OF MOTOR
VEHICLES
(15178)

Dupont, C. J., and Lavery and Glass, Js.

Argued September 17—officially released October 8, 1996

Per Curiam. The judgment is affirmed.

JOSEPH T. VALECHKO *v.* CONNECTICUT LIGHT AND
POWER COMPANY ET AL.
(15512)

Foti, Lavery and Daly, Js.

Argued September 24—officially released October 15, 1996

Per Curiam. The decision of the workers' compensation review board is affirmed.

NINE-33 VILLAGE PLAZA ASSOCIATES, LTD. *v.* TOWN
OF EAST HAVEN
(15320)

Schaller, Spear and Daly, Js.

Argued September 18—officially released October 15, 1996

Per Curiam. The judgment is affirmed.